UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-62162-CIV-ALTONAGA

**NELY YOHANA TORRES-HUETE**,

    Petitioner,

v.

**JUAN F. GONZALEZ, ASSISTANT FIELD OFFICE DIRECTOR, BROWARD TRANSITIONAL CENTER**, *et al.*,

    Respondents.

_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On October 21, 2025, *pro se* Petitioner, Nely Yohana Torres-Huete filed a Petition for a Writ of Habeas Corpus Under 28 U.S.C. [Section] 2241 [ECF No. 1].

A petitioner who wishes to proceed *in forma pauperis* in a section 2241 action must file "a motion for leave to proceed *in forma pauperis*, the affidavit required by 28 U.S.C. [section] 1915, and a certificate from the warden or other appropriate officer of the place of confinement showing the amount of money or securities that the petitioner has in any account in the institution." Rule 3(a)(2), Rules Governing Section 2254 Cases (alteration added); *see also id.* 1(b) ("The district court may apply [the Rules Governing Section 2254 Cases] to a [section 2241] habeas corpus petition[.]" (alterations added)). Petitioner has not paid the filing fee; filed a motion to proceed *in forma pauperis*; or requested additional time to do so.

Accordingly, it is

CASE NO. 25-62162-CIV-ALTONAGA

**ORDERED AND ADJUDGED** that *pro se* Petitioner, Nely Yohana Torres-Huete's Petition for a Writ of Habeas Corpus Under 28 U.S.C. [Section] 2241 **[ECF No. 1]** is **DISMISSED** without prejudice. Upon filing a new action, Petitioner is cautioned to either pay the filing fee or file the motion to proceed *in forma pauperis*, accompanied by the required documents. All pending motions are **DENIED as moot**. The Clerk is directed to **CLOSE** the case.

**DONE AND ORDERED** in Miami, Florida, this 27th day of October, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:   Petitioner, *pro se*